The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHARLYNN YBANEZ QUINTANA,<br>                                         Plaintiff,<br><br>vs.<br><br>USAA LIFE INSURANCE COMPANY and USAA GENERAL INDEMNITY COMPANY, foreign insurers,<br>                                        Defendants. | No. 2:19-cv-00397-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM EXPERT DISCLOSURE DEADLINE |

This matter came before the Court on the parties' stipulated motion for relief from the deadline for expert testimony disclosure under FRCP 26(a)(2), currently set for October 16, 2019. The Court considered the pleadings filed in support of and in response to the motion. Based thereon, the Court finds that good cause exists to grant the relief requested. The Court therefore ORDERS that the motion is GRANTED, and that the new deadline for all parties to disclose expert testimony under FRCP 26(a)(2) is December 31, 2019. MOTION Relief from Deadline Re Expert Disclosures, Dkt.# 17 is stricken as moot.

QUINTANA v. USAA
Order Granting Relief
Page 1

**WINTERS LAW, PLLC**
**2129 NE 195th Place**
**Lake Forest Park, WA 98155**
**206-276-2866**
**kevin@winters-law.com**
**www.winters-law.com**

DATED October 8, 2019

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

WINTERS LAW, PLLC

*Kevin M. Winters*
_____
Kevin M. Winters, WSBA 27251
Attorney for Plaintiff Charlynn Quintana

Winters Law, PLLC
2129 NE 195th Place
Lake Forest Park, WA 98155
206-276-2866
kevin@winters-law.com


WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

/S/ per Mr. Engel's email authorization
_____
Robert G. Engel, WSBA 46932
Attorneys for Defendants USAA

525 Market Street, 17th Floor
San Francisco, CA 94105
415-433-0990
robert.engel@wilsonelser.com

QUINTANA v. USAA
Order Granting Relief
Page 2

WINTERS LAW, PLLC
2129 NE 195th Place
Lake Forest Park, WA 98155
206-276-2866
kevin@winters-law.com
www.winters-law.com