UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHARLYNN YBANEZ QUINTANA,<br><br>Plaintiff,<br><br>vs.<br><br>USAA LIFE INSURANCE COMPANY and USAA GENERAL INDEMNITY COMPANY, foreign insurers,<br><br>Defendants. | No. 2:19-cv-00397-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

I. Stipulation

All parties to this action stipulate and agree to the entry of the subjoined Order of Dismissal, with prejudice and without an award of costs or fees.

Dated: March 8, 2020

*Kevin M. Winters*
Kevin M. Winters, WSBA 27251
Attorney for Plaintiff Charlynn Quintana

Dated: March 9, 2020

_____ / S / _____
Robert G. Engel, WSBA 46932
Attorney for Defendants USAA

WINTERS LAW, PLLC
2129 NE 195th Place
Lake Forest Park, WA 98155
206-276-2866
kevin@winters-law.com
www.winters-law.com

## II. Order

Based on the foregoing stipulation of all parties to this action, the Court hereby ORDERS that this action is dismissed with prejudiced in its entirety, without any award of costs or fees to any party.

DATED this 11th day of March 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WINTERS LAW, PLLC

_____
Kevin M. Winters, WSBA 27251
Attorney for Plaintiff

2129 NE 195th Place
Lake Forest Park, WA  98155
206-276-2866
kevin@winters-law.com

WILSON ELSER MOSKOWITZ EDELMAN & DICKER

_____ / S / _____
Robert G. Engel, WSBA 46932
Attorneys for Defendants USAA

525 Market Street # 1700
San Francisco, CA  94105
415-433-0990
robert.engel@wilsonelser.com

QUINTANA v. USAA
Stipulation & Order of Dismissal
Page 2

WINTERS LAW, PLLC
2129 NE 195th Place
Lake Forest Park, WA  98155
206-276-2866
kevin@winters-law.com
www.winters-law.com